23809. BACKER, for use, etc., *v.* CITY BANK & TRUST COMPANY.

JENKINS, P. J.   Under the answers by the Supreme Court to questions certified to it in this case (180 *Ga.* 672, 180 S. E. 604), the court did not err in overruling the general demurrer and the grounds of special demurrer to the amended answer of the defendant, and did not err in refusing a new trial to the plaintiff.

*Judgment affirmed. Stephens and Sutton, JJ., concur.*

DECIDED JULY 13, 1935.

*R. F. Scarborough, Cecil A. Baldwin,* for plaintiff.
*Jones, Johnston, Russell & Sparks,* for defendant.